T. SCOTT BELDEN, CSB NO. 184387
TERRENCE T. EGLAND, CSB NO. 240911
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  sbelden@kleinlaw.com; tegland@kleinlaw.com

Attorneys for Defendants and Counter-Claimants
California-Oregon Seed, Inc., and Discovery Garden's, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLACK GOLD POTATO SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVERY GARDEN'S, LLC, et al., <br><br> Defendants. <br><br> CALIFORNIA-OREGON SEED, INC., and DISCOVERY GARDEN'S, LLC, <br><br> Counterclaimants, <br><br> v. <br><br> BLACK GOLD POTATO SALES, INC., <br><br> Counterdefendant. | Case No. 1:08-cv-01488-AWI-GSA <br><br> **Judge: Gary S. Austin** <br><br> **STIPULATION FOR VACATION OF SETTLEMENT CONFERENCE; ORDER VACATING SETTLEMENT CONFERENCE** <br><br> **Date: April 13, 2009** <br> **Time: 10:00 a.m.** <br> **Place: Department 13** <br> **U.S. District Court** <br> **2500 Tulare Street** <br> **Fresno, California** <br> **Judge: Dennis L. Beck** |

TO THE HONORABLE GARY S. AUSTIN, UNITED STATES MAGISTRATE JUDGE:

Defendants and Counter-Claimants California-Oregon Seed, Inc., and Discovery Garden's, LLC, ("Discovery Garden's"), on the one hand, and Plaintiff and Counter-Defendant Black Gold Potato Sales, Inc. ("Black Gold"), on the other hand, by and through their respective counsel, stipulate to the vacation of the Settlement Conference currently scheduled for April 13, 2009, at 10:00 a.m. before Judge Dennis L. Beck, and request that the Settlement Conference be vacated by the Court, as follows:

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

1. The Court entered a Scheduling Order in the above captioned case on January 13, 2009. The Scheduling Order provides for a Settlement Conference, currently scheduled for April 13, 2009, at 10:00 a.m. before Judge Dennis L. Beck.

2. Discovery Garden's and Black Gold (collectively "the Parties") do not believe that settlement is possible at this early stage in the litigation. Discovery is in its early stages: documents have yet to be produced and no depositions have taken place or been noticed. Thus far, only interrogatories have been propounded and responded to by the Parties.

3. Based upon the discussions of the Parties, it is apparent that participation in the Settlement Conference would be fruitless at this time. As a result, the Parties request that the Court vacate the Settlement Conference set for April 13, 2009.

4. The Parties intend to proceed preparing for trial. If, however, once discovery has progressed, the Parties believe that a Settlement Conference would be beneficial, the Parties will notify the Court and request that a Settlement Conference be rescheduled.

Dated: April 6, 2009
    KLEIN, DeNATALE, GOLDNER,
    COOPER, ROSENLIEB & KIMBALL, LLP

    /s/ Terrence T. Egland
By_____
    T. SCOTT BELDEN
    TERRENCE T. EGLAND, Attorneys for
    California-Oregon Seed, Inc., and Discovery
    Garden's, LLC

Dated: April 7, 2009
    CHOATE AND CHOATE

    /s/ Joseph Choate, Jr.
By_____
    JOSEPH CHOATE, JR.
    ROBERT P. LEWIS, JR.
    BRADLEY CORNELL, Attorneys for
    Black Gold Potato Sales, Inc.

**ORDER VACATING SETTLEMENT CONFERENCE**

Based upon the foregoing Stipulation, it is hereby Ordered as follows:

1. The Settlement Conference scheduled for April 13, 2009, in the above entitled action is vacated.

2. The Court, at its discretion, will reschedule the Settlement Conference upon the request of the Parties.

Dated: 9 April 2009        /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE