T. SCOTT BELDEN, CSB NO. 184387
TERRENCE T. EGLAND, CSB NO. 240911
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
sbelden@kleinlaw.com; tegland@kleinlaw.com

Attorneys for Discovery Garden's, LLC, and
California-Oregon Seed, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK GOLD POTATO SALES, INC., | 1:08-cv-1488 GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR THE DEPOSITION OF JASON CHANDLER** |
| v. | |
| DISCOVERY GARDENS, LLC, a California limited liability company; and CALIFORNIA OREGON SEED, INC. an Oregon corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

Defendants and Counterclaimants DISCOVERY GARDEN'S, LLC, and CALIFORNIA-OREGON SEED, INC. ("Discovery Garden's"), on the one hand, and BLACK GOLD POTATO SALES, INC. ("Black Gold"), on the other hand (collectively the "Parties"), by and through their counsel of record, enter into the following stipulation for the taking of the deposition of Jason Chandler in the pending litigation:

1

**I. Background**

1. The Complaint was filed by Black Gold on September 30, 2008. The Answer and Counterclaim of Discovery Garden's was filed on November 12, 2008;

2. The Court entered its Scheduling Order on January 13, 2009, following the submission of a jointly agreed upon scheduling report, setting forth the trial date and all other relevant deadlines for the litigation. The Parties agreed to a non-expert discovery cut-off of May 31, 2009;

3. On May 7, 2009, Discovery Garden's served a notice of deposition (without production of documents) for Jason Chandler, an employee of Black Gold, with a scheduled date of May 22, 2009. The notice and the date selected for the deposition were calculated so as to complete the deposition prior to the expiration of the May 31, 2009, non-expert discovery cut-off;

4. Black Gold responded to the deposition notice indicating the unavailability of Jason Chandler on the date selected by Discovery Garden's. Black Gold informed Discovery Garden's that Jason Chandler would not be available until some time after June 15, 2009, which is the end of the harvest season. Black Gold also requested that the Parties stipulate to an extension of the non-expert discovery cut-off.

5. After some negotiations regarding a general extension of the non-expert discovery cut-off, the Parties reached an impasse. As a result, Discovery Garden's re-noticed Jason Chandler's deposition for May 29, 2009. Black Gold reasserted Jason Chandler's unavailability at that time.

6. Defendants have subsequently agreed to continue the date of Mr. Chandler's deposition to June 29, 2009, a date after the currently scheduled non-expert discovery cut-off date of May 31, 2009, while leaving other discovery disputes for later resolution.

//
//

**II.  Stipulation**

1. Pursuant to Federal Rules of Civil Procedure Rule 29(b), Discovery Garden's and Black Gold stipulate to and request that the Court issue an ordering allowing the taking of the deposition of Jason Chandler, an employee of Black Gold, by Discovery Garden's on June 29, 2009, or on an alternative date as later agreed to by the Parties.

2. Nothing in this stipulation will act to prejudice either of the Parties rights to seek any other order from the Court regarding discovery.

3. Based upon the foregoing, the Parties represent that it will be in the best interests of the Parties to allow the deposition to proceed on June 29, 2009.

Date: June 17, 2009	KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ Terrence T. Egland
_____
T. SCOTT BELDEN
TERRENCE T. EGLAND, Attorneys for
Discovery Garden's, LLC, and
California-Oregon Seed, Inc..

Date: June 18, 2009	CHOATE & CHOATE
Joseph Choate, Jr.
Robert P. Lewis, Jr.
Bradley L. Cornell

/s/ Joseph Choate, Jr.
_____
Joseph Choate, Jr.
Counsel for Plaintiff
Black Gold Potato Sales, Inc.

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered as follows:

1. Discovery Garden's is authorized to take the deposition of Jason Chandler on June 29, 2009;

2. Nothing in this Order will act to prejudice either of the Parties rights to seek any other order from the Court regarding discovery.

IT IS SO ORDERED.

Dated:   **June 18, 2009**          /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE