T. SCOTT BELDEN, CSB NO. 184387
TERRENCE T. EGLAND, CSB NO. 240911
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
sbelden@kleinlaw.com; tegland@kleinlaw.com

Attorneys for Discovery Garden's, LLC, and
California-Oregon Seed, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK GOLD POTATO SALES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DISCOVERY GARDEN'S, LLC, and CALIFORNIA-OREGON SEED, INC.,<br><br>    Defendants. | Case No. 1:08-cv-01488-AWI-GSA<br><br>**Stipulation and Order Continuing Hearing Date on Defendants' Motion for Summary Judgment and Modifying the Associated Briefing Schedule**<br><br>[Hon. Gary S. Austin] |
| DISCOVERY GARDEN'S, LLC, and CALIFORNIA-OREGON SEED, INC.,<br><br>    Counterclaimants,<br><br>vs.<br><br>BLACK GOLD POTATO SALES, INC.,<br><br>    Counterdefendant. | |

Defendants and Counterclaimants DISCOVERY GARDEN'S, LLC, and CALIFORNIA-OREGON SEED, INC. ("Discovery Garden's"), on the one hand, and BLACK GOLD POTATO SALES, INC. ("Black Gold"), on the other hand (collectively the "Parties"), by and through their counsel of record, enter into the following stipulation to continue the hearing date on Defendants' Motion for Summary Judgment and to modify the associated briefing schedule:

**Stipulation**

1. Due to an unavoidable conflict, the currently scheduled hearing date for Defendants' Motion for Summary Judgment, March 19, 2010, is no longer viable.

2. To accommodate this conflict, the Parties agree and stipulate to a one week continuance of the hearing date to March 26, 2010, and, as such, respectfully request that the Court vacate the current hearing date and continue the hearing to March 26, 2010, at 10:00 a.m.

3. The Parties further agree and stipulate to a modification of the current briefing schedule to extend by one week the current deadlines for opposition and reply briefs so that any opposition to Defendants' Motion for Summary Judgment will be due no later than February 5, 2010, and any reply brief will be due no later than February 22, 2010.

Date: January 22, 2010   KLEIN, DeNATALE, GOLDNER,
                         COOPER, ROSENLIEB & KIMBALL, LLP

                         By: /s/ T. Scott Belden
                             T. Scott Belden, Attorneys for
                             Discovery Garden's, LLC, and California-
                             Oregon Seed, Inc..

Date: January 22, 2010   CHOATE & CHOATE
                         Joseph Choate, Jr.
                         Robert P. Lewis, Jr.
                         Bradley L. Cornell

                         /s/ Joseph Choate, Jr.
                         Joseph Choate, Jr.
                         Counsel for Plaintiff
                         Black Gold Potato Sales, Inc.

KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

**ORDER**

Based upon the foregoing Stipulation, it is hereby Ordered as follows:

1. The hearing on Defendants' Motion for Summary Judgment set for March 19, 2010, at 10:00 a.m. in the above entitled action is vacated;

2. The hearing on Defendants' Motion for Summary Judgment will be heard on March 26, 2010, at 9:30 a.m.

3. Any written opposition to Defendants' Motion for Summary Judgment must be filed and served no later than February 5, 2010.

4. Any written reply brief must be filed and served no later than February 22, 2010.

Dated:   January 26, 2010                             /s/ Gary S. Austin
                                                     The Honorable Gary S. Austin
                                                     United States Magistrate Judge