UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| BLACK GOLD POTATO SALES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>DISCOVERY GARDENS, LLC, a California limited liability company; and CALIFORNIA OREGON SEED, INC., an Oregon corporation, <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIM | Case No. 1:08-CV-01488-GSA <br><br>**ORDER OF DISMISSAL WITH PREJUDICE** <br><br>[Hon. Gary S. Austin] |

Pursuant to the stipulation filed by the parties on April 26, 2010, this action is dismissed with prejudice pursuant to Federal Rule of Civil 41(a)(1)(A)(ii). Each side is to bear its own fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

Dated: __April 28, 2010__     __/s/ Gary S. Austin__
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1.

_____
ORDER OF DISMISSAL WITH PREJUDICE